**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**BARBARA NUNNELLY, as Special Administratrix of the Estate of Rebha Dell Reid, deceased, and on behalf of the wrongful death beneficiaries of Rebha Dell Reid** **PLAINTIFF**

**v.** **Case No. 4:19-cv-00073-KGB**

**HIGHLANDS OF LITTLE ROCK WEST MARKHAM HOLDINGS, LLC, d/b/a Little Rock Post-Acute and Rehabilitation, *et al*.** **DEFENDANTS**

**AMENDED OPINION AND ORDER**

Before the Court is the status of this case. The Court's March 26, 2026, Opinion and Order denied plaintiff Barbara Nunnelly's, as Special Administratrix of the Estate of Rebha Dell Reid, deceased, and on behalf of the wrongful death beneficiaries of Rebha Dell Reid, motion for remand and motion to withdraw motion for remand (Dkt. No. 23; *see* Dkt. Nos. 4; 22). The Court granted Nunnelly's motion for summary judgment against Little Rock Post Acute and Rehabilitation, JS Highland Holdings, LLC, Skyline Services Group LLC, Joseph Schwartz, and John and Jane Does A through Z ("Defendants") (Dkt. No. 22; *see* Dkt. No. 19).

The Court amends its March 26, 2026, Opinion and Order to dismiss without prejudice Nunnelly's claims against John and Jane Does A through Z (collectively "Doe Defendants"). Nunnelly has not identified the Doe Defendants named as defendants in this case nor has Nunnelly served any of the Doe Defendants. Accordingly, the Court dismisses without prejudice Doe Defendants. *See Cantrell v. Huckabee*, 433 Fed. Appx. 488, 490 (8th Cir. 2011) (during summary judgment stage, "the district court did not abuse its discretion in dismissing the John Doe defendant, since Cantrell never identified him, much less served him, during the two years between

the filing of his complaint and the district court's order dismissing John Doe"); *Christianson v. McLean County*, 176 F.4th 1076, 1086 (8th Cir. 2026) (determining that dismissal of John Doe defendants at the summary judgment stage is appropriate where the plaintiff did not identify or serve them); *Phelps v. U.S. Federal Government*, 15 F.3d 735, 739 (8th Cir. 1994) (concluding that dismissal of unknown defendants was proper at the summary judgment stage).

The Court's March 26, 2026, Opinion and Order is otherwise unchanged.

It is so ordered this 28th day of August, 2026.

Kristine G. Baker
Chief United States District Judge