**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**BARBARA NUNNELLY, as Special Administratrix of the Estate of Rebha Dell Reid, deceased, and on behalf of the wrongful death beneficiaries of Rebha Dell Reid** **PLAINTIFF**

**v.** **Case No. 4:19-cv-00073-KGB**

**HIGHLANDS OF LITTLE ROCK WEST MARKHAM HOLDINGS, LLC, d/b/a Little Rock Post-Acute and Rehabilitation, *et al*.** **DEFENDANTS**

**JUDGMENT**

On March 26, 2026, the Court's Opinion and Order granted plaintiff Barbara Nunnelly, as special administatrix of the Estate of Rebha Dell Reid, deceased, and on behalf of the wrongful death beneficiaries of Rebha Dell Reid's, motion for summary judgment (Dkt. No. 23). The Court amended its prior Opinion and Order as to defendants John and Jane Does A through Z by Order entered on August 28, 2026 (Dkt. No. 25)

Pursuant to the Order filed on this date, as against defendants Little Rock Post Acute and Rehabilitation, JS Highland Holdings, LLC, Skyline Services Group LLC, and Joseph Schwartz ("Defendants"):

(1) The Court awarded Reid's estate pain and suffering damages in the amount of $1,000,000.00, medical expenses in the amount of $119,383.32, and funeral expenses in the amount of $5,984.03.

(2) The Court further awarded Nunnelly, Ralph Reid, and Snider damages as wrongful death beneficiaries in the amount of $25,000.00 each.

(3) The Court awarded punitive damages in the amount of $2,000,000.00.

Judgment is therefore entered in favor of Nunnelly against Defendants in the amount of $3,200,367.35, together with the post judgment interest rate of 4.00%.

It is so adjudged this 28th day of August, 2026.

Kristine G. Baker
Chief United States District Judge